

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00472-CV

B.K., Appellant

V.

T.K., Appellee

§ On Appeal from the 442nd District Court

§ of Denton County (19-6678-442)

§ May 27, 2021

§ Memorandum Opinion by Chief Justice Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment that grants the divorce. We reverse the remainder of the judgment and remand the case for a new trial.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth